NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**THE HOPI TRIBE, A FEDERALLY RECOGNIZED INDIAN TRIBE,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

_____

2014-5018

_____

Appeal from the United States Court of Federal Claims in No. 1:12-cv-00045-LB, Judge Lawrence J. Block.

_____

**ON MOTION**

_____

**O R D E R**

The Hopi Tribe moves to reinstate this appeal and for the court to accept the joint appendix for filing.

Upon consideration thereof,

2                                    HOPI TRIBE v. US

IT IS ORDERED THAT:

(1) The motion is granted.  The court's August 25, 2014 dismissal order is vacated, the mandate is recalled, and the appeal is reinstated.

(2) The electronic copy of the joint appendix, tendered on August 28, 2014, is accepted for filing.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s30